```
                                              F I L E D
                                          CLERK, U.S. DISTRICT COURT

                                              3/29/2023

                                         CENTRAL DISTRICT OF CALIFORNIA
                                         BY: ___TV___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NISHITH THARAKA VANDEBONA,<br><br>　　　　　Defendant. | CR 2:23-cr-00148-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 248(a)(1): Threatened Forcible Intimidation Regarding the Obtaining and Provision of Reproductive Health Services; 18 U.S.C. § 875(c): Transmitting Threatening Communications in Interstate Commerce] |

　　　The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

　　　At times relevant to this Indictment:

A.　BACKGROUND

　　　1.　Defendant NISHITH THARAKA VANDEBONA was a resident of Ventura County, California, within the Central District of California.

　　　2.　Pinger was a voice-over-Internet protocol communications platform that provided anonymous Internet-based telephone and text messaging services free of charge.

3.  Planned Parenthood Federation of America was a nationally operating 501(c)(3) nonprofit organization headquartered in New York, New York, whose publicly stated mission was "to provide comprehensive reproductive health services, advocate for public policies, and ensure access to services and provide sex education to enhance understanding of human sexuality."

4.  Planned Parenthood Federation of America was affiliated with individual operators of health care clinics located throughout the Central District of California, which were also operating as 501(c)(3) organizations, including Planned Parenthood California Central Coast ("Planned Parenthood CC") and Planned Parenthood Los Angeles ("Planned Parenthood LA") (collectively, "Planned Parenthood").

5.  Planned Parenthood, through these health care clinics, provided a wide range of health, wellness, and education services to the community, including vaccinations, preventative care appointments, mammograms, pregnancy testing, and counseling.

6.  Among Planned Parenthood's services, Planned Parenthood publicly offered patients with reproductive health services, including medical, surgical, counseling or referral services relating to the human reproductive system, including services relating to pregnancy or the termination of a pregnancy.

7.  Planned Parenthood CC and Planned Parenthood LA had contracts with TPx, a business telecommunications service company based in Austin, Texas, whose call center specialists received and processed telephone calls made to Planned Parenthood CC and Planned Parenthood LA as agents of Planned Parenthood CC and Planned Parenthood LA.

B.  **DEFENDANT'S EFFORTS TO INTIMIDATE PLANNED PARENTHOOD**

8.  Beginning on or before February 21, 2022, and continuing through on or about June 25, 2022, defendant VANDEBONA used the Internet to download Pinger and create multiple anonymous telephone numbers.

9.  In or about May and June 2022, there was widespread news coverage, including within the Central District of California, that the United States Supreme Court was considering overturning Roe v. Wade, 410 U.S. 113 (1973), which previously recognized a constitutional right to abortion, after an initial draft opinion was leaked.

10.  On or about June 16, 2022, defendant VANDEBONA acquired a firearm, namely, a Remington Arms, model 870, 12-gauge pump-action shotgun.

11.  On or about June 24, 2022, the United States Supreme Court released its decision in Dobbs v. Jackson Women's Health Organization, 142 S. Ct. 2228 (2022), which overturned Roe v. Wade, and held that the United States Constitution does not confer a right to abortion.  The decision was well publicized, including within the Central District of California.

12.  On or about June 24, 2022, and June 25, 2022, as set forth herein, defendant VANDEBONA called Planned Parenthood and threatened to shoot, kill, and murder its staff.

13.  These Introductory Allegations are incorporated into Counts One through Three of this Indictment.

COUNT ONE

[18 U.S.C. § 248(a)(1)]

On or about June 24, 2022, in Ventura County, within the Central District of California, defendant NISHITH THARAKA VANDEBONA, by threat of force, intentionally intimidated the staff and employees of Planned Parenthood CC, an operator of women's health clinics, because Planned Parenthood CC, its staff, and its employees were and had been providing and because the patients of Planned Parenthood CC were and had been obtaining reproductive health services, and in order to intimidate Planned Parenthood CC, its staff, and its employees from providing reproductive health services. Specifically, defendant VANDEBONA left a voicemail for a Planned Parenthood CC employee containing the following statements and others: "Fucking bitch-ass whore. I'm going to come in there and kill you. You understand? You're going around harming innocent people? Those children are innocent. You're going to get fucking killed bitch, you understand that right? Includes your staff too. You're the boss or what? Go feed a dick. Fucking whore."

COUNT TWO

[18 U.S.C. § 248(a)(1)]

On or about June 25, 2022, in Ventura County, within the Central District of California, defendant NISHITH THARAKA VANDEBONA, by threat of force, intentionally intimidated the staff and employees of Planned Parenthood LA, an operator of women's health clinics, because Planned Parenthood LA, its staff, and its employees were and had been providing and because the patients of Planned Parenthood LA were and had been obtaining reproductive health services, and in order to intimidate Planned Parenthood LA, its staff, and its employees from providing reproductive health services.  Specifically, defendant VANDEBONA called and spoke to a Planned Parenthood LA call center specialist and made the following statements and others: "I'm calling to let you know that I'm going to come in there and kill all of you, including your staff and your security.  You got it?  You're overdue for an attack."

COUNT THREE

[18 U.S.C. § 248(a)(1)]

On or about June 25, 2022, in Ventura County, within the Central District of California, defendant NISHITH THARAKA VANDEBONA, by threat of force, intentionally intimidated the staff and employees of Planned Parenthood LA, an operator of women's health clinics, because Planned Parenthood LA, its staff, and its employees were and had been providing and because the patients of Planned Parenthood LA were and had been obtaining reproductive health services, and in order to intimidate Planned Parenthood LA, its staff, and its employees from providing reproductive health services.  Specifically, defendant VANDEBONA called and spoke to a Planned Parenthood LA call center specialist and made the following statements and others:

(1)  "I'm calling to let you know that you're gonna have a tragedy at the Santa Monica location here soon.  I'm gonna come in there and kill your staff and your security."

(2)  "You guys aren't safe, understand that?  You might want to call and let them know, and the police won't save you either."

(3)  "I'm gonna come in there and murder your staff."

(4)  "You're gonna get shot and killed.  Do you understand that?"

COUNT FOUR

[18 U.S.C. § 875(c)]

On or about February 21, 2022, in Ventura County, within the Central District of California, defendant NISHITH THARAKA VANDEBONA, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce, a communication, that is, a telephone call to Californians for Population Stabilization ("CAPS"), that contained a true threat to injure the person of another.  Specifically, defendant VANDEBONA left a voicemail for a CAPS employee containing the following statements and others:

(1) "I'm gonna come in there, plant a bomb, and kill as many white Americans as possible.  You understand that?  Servicemen, families, everybody."

(2) "You are gonna see innocent people killed in your town, okay?"

(3) "I'm gonna come in that motherfucker and kill all of you."

COUNT FIVE

[18 U.S.C. § 875(c)]

On or about February 22, 2022, in Ventura County, within the Central District of California, defendant NISHITH THARAKA VANDEBONA, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate and foreign commerce, a communication, that is, a telephone call to Californians for Population Stabilization ("CAPS"), that contained a true threat to injure the person of another.  Specifically, defendant VANDEBONA left a voicemail for a CAPS employee containing the

//

//

following statements and others: "I'm gonna come in there and kill all of you dude.  Be careful."

                                        A TRUE BILL

                                        _____/s/_____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

FRANCES S. LEWIS
Assistant United States Attorney
Public Corruption and Civil
Rights Section

JULIUS J. NAM
Assistant United States Attorney
Public Corruption and Civil
Rights Section